```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EASTERN PARALYZED VETERANS,
ASSOCIATION,                                      :

                Plaintiff,                        :

        - against -                               :       ORDER

THE CITY OF NEW YORK,                             :       94-CV-435 (GBD)(KNF)

                Defendant.                        :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      To participate in the telephone conference scheduled for October 29, 2020, at 10:45 a.m., the parties shall use dial in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                SO ORDERED:
        October 28, 2020

                                                              _Kevin Nathaniel Fox_
                                                               KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE